1  MICHAEL G. COLANTUONO, State Bar No. 143551
   MColantuono@chwlaw.us
2  PAMELA K. GRAHAM, State Bar No. 216309
   PGraham@chwlaw.us
3  JOHN A. ABACI, State Bar No. 166493
   JAbaci@chwlaw.us
4  **COLANTUONO, HIGHSMITH & WHATLEY, PC**
   790 E. Colorado Boulevard, Suite 850
5  Pasadena, California 91101-2109
   Telephone: (213) 542-5700
6  Facsimile: (213) 542-5710

7  Attorneys for Defendants
   County of Humboldt, et al.

8

9              **UNITED STATES DISTRICT COURT**

10           **NORTHERN DISTRICT OF CALIFORNIA**

11                    **EUREKA DIVISION**

12

13  CORRINE MORGAN THOMAS and        | Case No.: 1:22-cv-05725-RMI
    DOUG THOMAS, a married couple;
14  BLU GRAHAM; and RHONDA OLSON,    | **STIPULATION FOR EXTENSION OF TIME**
    on behalf of themselves and all other | **TO RESPOND TO CLASS ACTION**
15  similarly situated,              | **COMPLAINT**

16              Plaintiffs,          | (Civil L.R. 6-1(a))

17       v.                          | Assigned to the Magistrate Judge Robert L. Illman

18  COUNTY OF HUMBOLDT,
    CALIFORNIA; HUMBOLDT COUNTY
19  BOARD OF SUPERVISORS; HUMBOLDT
    COUNTY PLANNING AND BUILDING
20  DEPARTMENT; VIRGINIA BASS, MIKE
    WILSON, REX BOHN, MICHELLE
21  BUSHNELL, and STEVE MADRONE, in
    their official capacity as Supervisors of
22  Humboldt County; and JOHN H. FORD in
    his official capacity as Planning and
23  Building Director,

24              Defendants.

25

26

27

28

*Colantuono, Highsmith & Whatley, PC*
*790 E. Colorado Boulevard, Suite 850*
*Pasadena, California 91101-2109*

**Colantuono, Highsmith & Whatley, PC**
790 E. Colorado Boulevard, Suite 850
Pasadena, California 91101-2109

1    Plaintiffs and Defendants, through their designated counsel, hereby enter into the following

2    Stipulation:

3    WHEREAS, the Class Action Complaint ("Complaint") in this action was filed on October 5,

4    2022 and served on October 12, 2022;

5    WHEREAS, the Defendants have recently retained the law firm of Colantuono, Highsmith

6    and Whatley, PC as their legal counsel to defend them in this action, whose attorneys will be filing

7    their appearances shortly before or concurrently with the entry of this stipulation;

8    WHEREAS, the Defendants' responsive pleading to the Complaint is now due on November

9    2, 2022;

10   WHEREAS, Civil L.R. 6-1(a) provides that the Parties may enter into a stipulation to enlarge

11   the time for a response to be made to a complaint without having to seek a court order, provided the

12   change will not alter or affect any event or deadline already fixed by court order;

13   WHEREAS, the Defendants' counsel have requested that Plaintiffs agree through their

14   counsel that the date for filing and serving a response to the Complaint be extended for fifteen (15)

15   days in order to give them sufficient time to prepare a response on behalf of Defendants;

16   WHEREAS, Plaintiffs have agreed through their counsel to afford them this extension;

17   WHEREAS, this agreed upon extension of time will not alter or affect any event or deadline

18   already fixed by court order; and

19   WHEREAS, pursuant to this stipulation the Defendants would have to and until the date of

20   November 17, 2022, to file and serve a response to the Complaint;

21   NOW, THEREFORE, the Parties stipulate and agree to extend the time for the Defendants to

22   respond to the Complaint to November 17, 2022.

23   It is so stipulated.

24   DATED:  October 27, 2022          **COLANTUONO, HIGHSMITH &**
                                        **WHATLEY, PC**
25

26                                      */s/ John A. Abaci*
                                        _____
27                                      MICHAEL G. COLANTUONO
                                        PAMELA K. GRAHAM
                                        JOHN A. ABACI
28                                      Attorneys for Defendants
                                        County of Humboldt, et al.

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

1    DATED:  October 27, 2022                    **PILLSBURY WINTHROP SHAW PITTMAN,**
                                                 **LLP**
2

3                                                _____
                                                        */s/ Derek M. Mayor*
4                                                THOMAS V.  LORAN, III
                                                 DEREK M. MAYOR
5                                                Attorneys for Plaintiffs
                                                 CORRINE MORGAN THOMAS, DOUG
6                                                THOMAS, BLUE GRAHAM AND RHONDA
                                                 OLSON.
7    DATED:  October 27, 2022                    **INSTITUTE FOR JUSTICE**

8                                                _____
                                                        */s/ Jared McClain*
9                                                JOSHUA HOUSE
                                                 JARED McCLAIN
10                                               Attorneys for Plaintiffs
                                                 CORRINE MORGAN THOMAS, DOUG
11                                               THOMAS, BLUE GRAHAM AND RHONDA
                                                 OLSON.
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT