MICHAEL G. COLANTUONO, State Bar No. 143551
MColantuono@chwlaw.us
PAMELA K. GRAHAM, State Bar No. 216309
PGraham@chwlaw.us
JOHN A. ABACI, State Bar No. 166493
JAbaci@chwlaw.us
**COLANTUONO, HIGHSMITH & WHATLEY, PC**
790 E. Colorado Boulevard, Suite 850
Pasadena, California 91101-2109
Telephone: (213) 542-5700
Facsimile: (213) 542-5710

Attorneys for Defendants
County of Humboldt, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| CORRINE MORGAN THOMAS and DOUG THOMAS, a married couple; BLU GRAHAM; and RHONDA OLSON, on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF HUMBOLDT, CALIFORNIA; HUMBOLDT COUNTY BOARD OF SUPERVISORS; HUMBOLDT COUNTY PLANNING AND BUILDING DEPARTMENT; VIRGINIA BASS, MIKE WILSON, REX BOHN, MICHELLE BUSHNELL, and STEVE MADRONE, in their official capacity as Supervisors of Humboldt County; and JOHN H. FORD in his official capacity as Planning and Building Director,<br><br>Defendants. | Case No.: 1:22-cv-05725-RMI<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR FURTHER PLEADINGS**<br><br>(Civil L.R. 6-2(a))<br><br>Assigned to the Magistrate Judge Robert L. Illman |

**STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME RE: FURTHER PLEADINGS**

      Plaintiffs and Defendants, through their designated counsel, hereby enter into the following Stipulation:

      WHEREAS, the Class Action Complaint ("Complaint") in this action was filed on October 5, 2022 and served on October 12, 2022;

      WHEREAS, the Defendants have retained the law firm of Colantuono, Highsmith and Whatley, PC as their legal counsel to defend them in this action, whose attorneys have filed their appearances in this action;

      WHEREAS, on that same day the Parties entered into a stipulation pursuant to Civil L.R. 6-1(a) to enlarge the time for a response to be made to the complaint, which stipulation was filed on October 27, 2022 (Dkt. 22) and entered by the Court as a minute order on October 28, 2022 (Dkt. 23).

      WHEREAS, the Stipulation entered by the Court enlarged the time from November 2, 2022 through November 17, 2022;

      WHEREAS, the Defendants and Plaintiffs through their respective counsel have reached an agreement that the time for: (1) Defendant to file and serve a response to the Complaint be extended an additional six (6) days to the date of November 23, 2022; (2) the Plaintiffs time to file and serve any opposition to a motion filed before or on that date, or to file and serve an amended complaint be extended to December 21, 2022; and (3) if Plaintiffs file an amended complaint within the time provided, then Defendants' time to file a response be extended an additional seven (7) days;

      WHEREAS, Civil L.R. 6-2(a) permits parties to submit a stipulation and proposed order to the court to extend the time for any deadline that would otherwise apply under the Federal Rules or the Local Rules, when supported by a declaration of counsel describing the circumstances creating the need for the extension;

      WHEREAS, Civil L.R. 7-3(a) provides that an opposition to any motion which time is not otherwise specified under the Federal Rules, Local Rules, or prior order of the court be filed no later than 14 days after the motion has been filed;

      WHEREAS, Federal Rule of Civil Procedure 15(a)(1)(B) and 15(a)(3) provide, respectively, that a pleading be amended within twenty-one (21) days of the filing of any responsive pleading and

**STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME RE: FURTHER PLEADINGS**

that a response to an amended pleading be made within fourteen (14) days;

WHEREAS, each of these dates would be earlier than the dates agreed upon by the Parties and therefore need to be extended by the Court; and

WHEREAS, Defendants' counsel has filed herewith a declaration describing unforeseen circumstances that have created the need for an extension to the time for Defendants to make their response and the reasons for agreeing to the extension of time for the Plaintiffs to file an opposition to a motion or amend their complaint;

WHEREAS, the Parties agree and stipulate to good cause to extend their respective times in accordance with these dates; and

WHEREAS, this agreed upon extension of time will not alter or affect any event or deadline already fixed by court order;

NOW, THEREFORE, the Parties stipulate and agree to extend:

(1) the time for the Defendants to respond to the Complaint shall be extended to November 23, 2022;

(2) Plaintiffs' time to file an opposition to any motion filed by the Defendants, or to amend the complaint, shall be extended to to December 21, 2022; and

(3) Defendants shall have an additional seven (7) days beyond the date that Federal Rule of Civil Procedure 15(a)(3) provides for Defendants to respond to any amended complaint that may be filed.

It is so stipulated.

DATED:  November 16, 2022        **COLANTUONO, HIGHSMITH & WHATLEY, PC**

   */s/ John A. Abaci*
MICHAEL G. COLANTUONO
PAMELA K. GRAHAM
JOHN A. ABACI
Attorneys for Defendants
COUNTY OF HUMBOLDT, et al.

Colantuono, Highsmith & Whatley, PC
790 E. Colorado Boulevard, Suite 850
Pasadena, California 91101-2109

| | | |
|---|---|---|
| 1 | DATED:  November 16, 2022 | **PILLSBURY WINTHROP SHAW PITTMAN, LLP** |
| 2 | | |
| 3 | | _/s/ Derek M. Major_ |
| | | THOMAS V. LORAN, III |
| 4 | | DEREK M. MAYOR |
| | | Attorneys for Plaintiffs |
| 5 | | CORRINE MORGAN THOMAS, DOUG THOMAS, BLUE GRAHAM AND RHONDA |
| 6 | | OLSON |
| 7 | DATED:  November 16, 2022 | **INSTITUTE FOR JUSTICE** |
| 8 | | |
| 9 | | _/s/ Jared McClain_ |
| | | JOSHUA HOUSE |
| | | JARED McCLAIN |
| 10 | | Attorneys for Plaintiffs |
| | | CORRINE MORGAN THOMAS, DOUG |
| 11 | | THOMAS, BLUE GRAHAM AND RHONDA OLSON |

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Defendants shall have to and until November 23, 2022, to file and serve a response to the complaint.

Plaintiffs shall have to and until December 21, 2022, to file and serve an opposition to any motion that is filed by Defendants on or before that date, or to file and serve an amended complaint.

If Plaintiffs amend the complaint, Defendants shall have an additional seven (7) days beyond the time provided under Federal Rule of Civil Procedure 15(a)(3) to file a response to the amended complaint.

DATED:   November 17, 2022

ROBERT M. ILLMAN
UNITED STATES ~~DISTRICT~~ JUDGE
                    Magistrate