# Index to Exhibits to Request for Judicial Notice

| Exhibit | Description |
| :---: | --- |
| A | Realtor Photographs of Thomas' Property |
| B | Grant Deed dated July 27, 2021 from Summerville Creek, LLC to Plaintiffs Corrine and Doug Thomas (Thomases) for property at 274 Lower Cathey Lane, Miranda, CA (Thomas' Property) |
| C | Notice of Violation and Proposed Administrative Penalty dated August 26, 2021, to Summerville Creek, LLC for violations at Thomases property (with attachments) |
| D | Notice To Abate Nuisance and Notice of Violation Service Letter to Summerville Creek, LLC for violations at Thomases Property and Notice to Abate Nuisance to Summerville Creek, LLC, both dated August 26, 2021 |
| E | Humboldt County Ordinance 331-28 |
| F | Humboldt County Ordinance 314-55 |
| G | Inspection Consent for Thomases |
| H | Inspection Report for Thomases |
| I | Administrative Civil Penalty Appeal Hearing Request Form submitted to Humboldt County (County) for Thomases Property dated September 2, 2021 |
| J | Compliance Agreement between Thomases and County executed November 2021 |
| K | County Planning and Building Department Policy Statement 22-04 and report submitted for Board of Supervisors March 22, 2022 meeting on Department's request for direction on policy |
| L | Notice of Violation and Proposed Administrative Penalty dated May 10, 2018, to Jesica Modic and Plaintiff Blu Graham (Graham) for violations at the property of 2899 Chemise Mountain Road, Selter Cove, CA (Graham Property) (with attachments) |
| M | Notice to Abate Nuisance dated May 10, 2018, to Jesica Modic and Graham for the Graham Property (with attachments) |
| N | Notice to Abate Nuisance and Notice of Violation Service Letter dated May 10, 2018, to Jesica Modic and Graham with copies of Notices |
| O | Summary report of investigation and administrative proceedings that are the subject of the notices described in paragraphs 12 through 14 above (Exhibits L through N) |
| P | Compliance Agreement proposed by the County to Modic and Graham in September 2021 |
| Q | Letter from Engineer for Graham |
| R | County Advisement regarding permits for Graham and related correspondence from Graham's attorney including Request for Administrative Appeal Hearing signed and dated May 21, 2018 |
| S | Notice of Administrative Civil Penalty Hearing to Graham |
| T | Email communications regarding cannabis violation removal and no penalty agreement for Graham |
| U | Email communications of Graham's settlement acceptance |
| V | Settlement Packet records containing the terms of settlement between Graham and County |
| W | Grading Permit for Graham Property signed October 3, 2022, described within Exhibit V |

296336.v1

| | |
|---|---|
| X | Humboldt County Ordinance 331-14 |
| Y | Humboldt County Ordinance 521-10 |
| Z | Service Letter and Notice of Violation and Proposed Administrative Penalty and Notice to Abate Nuisance for violations on the property at 1133 Red Cap Road, Orleans, CA to Paul Zaccardo, all of which dated April 18, 2018 |
| AA | Report of execution of search warrant on August 20, 2020, at properties located at 1133, 1271, and 1087 Red Cap Road, Orleans, CA |
| BB | Notice of Violation and Proposed Administrative Penalty for violations on the property at 1030 Red Cap Road, Orleans, CA to Lb 4 Lb Corp, dated September 30, 2020 (with attachments) |
| CC | Notice of Violation and Proposed Administrative Penalty for violations on the property at 1133 Red Cap Road, Orleans, CA to Paul Zaccardo, dated September 30, 2020 (with attachments) |
| DD | Email communications regarding Olson's property violations |
| EE | Initial Plan for Restoration of Olson property from Olson's consultant |
| FF | Notice of Violation and Proposed Administrative Penalty for violations on the property at 1133 Red Cap Road to Plaintiff Olson, dated April 21, 2022 (with attachments) |
| GG | Administrative Civil Penalty Appeal Hearing Request Form submitted by or on behalf of Olson |
| HH | Final Remediation Plan for Olson property from Olson's consultant |
| II | Email communications regarding County's response to Final Remediation Plan |
| JJ | Notice to Abate Nuisance for violations on the property at 1133 Red Cap Road to Olson dated April 21, 2022 (with attachments) |
| KK | Email communications regarding Olson's inaction and re-notice decision |
| LL | Ruling and Order filed October 18, 2022 in *White Circle Commerce, LLC v. County of Humboldt*, Humboldt County Superior Court Case No. CV2000623 (consolidated with CV 2000513) |
| MM | Email communications between Thomases' attorney and County regarding Department Policy Statement 22-04 |
| NN | Humboldt County Ordinance 352 |
| OO | County Safe Home Program information, application, and forms posted on County website |
| PP | Grant Deed dated September 4, 2020, from Paul Zaccardo and Lb 4 Lb Corp. to Olson for property at 1030 and 1133 Red Cap Road, Orleans, CA |
| QQ | Quitclaim Deed dated September 10, 2020 from Olson to Olson for property at 1030A Red Cap Road, Orleans, CA |

296336.v1