**INSTITUTE FOR JUSTICE**

Joshua House                    Robert Johnson*
(CA Bar No. 284856)             (OH Bar No. 0098498)
Jared McClain*                  16781 Chagrin Blvd.,
(DC Bar No. 1720062)            Suite 256
901 N. Glebe Road,              Shaker Heights, OH 44120
Suite 900                       T: (703) 682-9320
Arlington, VA 22203             rjohnson@ij.org
T: (703) 682-9320
jhouse@ij.org                   *Admitted *pro hac vice*
jmcclain@ij.org

**PILLSBURY WINTHROP SHAW PITTMAN LLP**

Thomas V. Loran III (CA Bar No. 95255)
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111
T: (415) 983-1865
thomas.loran@pillsburylaw.com

Derek M. Mayor (CA Bar No. 307171)
500 Capitol Mall, Suite 1800
Sacramento, CA 95814
T: (916) 329-4703
derek.mayor@pillsburylaw.com

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
EUREKA DIVISION**

| | |
|---|---|
| CORRINE AND DOUG THOMAS, a married couple; BLU GRAHAM; and RHONDA OLSON,<br><br>*Plaintiffs*,<br><br>v.<br><br>COUNTY OF HUMBOLDT, CALIFORNIA; HUMBOLDT COUNTY BOARD OF SUPERVISORS; HUMBOLDT COUNTY PLANNING AND BUILDING DEPARTMENT; VIRGINIA BASS, MIKE WILSON, REX BOHN, MICHELLE BUSHNELL, and STEVE MADRONE, in their official capacity as Supervisors of Humboldt County; and JOHN H. FORD in his official capacity as Planning and Building Director,<br><br>*Defendants*. | Case No. 1:22-cv-05725-RMI<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME**<br><br>U.S. Magistrate Judge Robert L. Illman<br><br>Trial Date: None set |

Stipulation and ~~Proposed~~ Order for Extension of Time – Case No. 1:22-cv-05725-RMI

1

Plaintiffs and Defendants, through their designated counsel, enter the following Stipulation:

WHEREAS, the Class Action Complaint ("Complaint") in this action was filed on October 5, 2022, and served on October 12, 2022;

WHEREAS, the Defendants retained the law firm of Colantuono, Highsmith and Whatley, PC as their legal counsel to defend them in this action, whose attorneys have filed their appearances in this action;

WHEREAS, the Parties stipulated pursuant to Civil L.R. 6-1(a) to enlarge the time for a response to be made to the complaint, which they filed on October 27, 2022, (Dkt. 22) and this Court entered on October 28, 2022 (Dkt. 23).

WHEREAS, the Stipulation enlarged the time from November 2 through November 17, 2022;

WHEREAS, the Parties then entered another stipulation (Dkt. 25), this time allowing: (1) Defendants to file and serve a response to the Complaint be extended an additional six (6) days to the date of November 23, 2022; (2) the Plaintiffs time to file and serve any opposition to a motion filed before or on that date, or to file and serve an amended complaint be extended to December 21, 2022; and (3) if Plaintiffs file an amended complaint within the time provided, then Defendants' time to file a response be extended an additional seven (7) days;

WHEREAS, this Court entered the second stipulation on November 17, 2022 (Dkt. 26);

WHEREAS, the Defendants filed a motion to dismiss the complaint under Federal Rule of Civil Procedure 12(b)(1) and (6) on November 23, 2022, and noticed a hearing date of January 10, 2023 for the motion (Dkt. 27);

WHEREAS, the Plaintiffs then contacted the Defendants and informed them they need more time to investigate new factual allegations that are material to amendments to the Complaint;

WHEREAS, the Parties, through their respective counsel, have agreed to the following filing schedule: Plaintiffs' amended complaint will be due on or before **January 20, 2023;** Defendants' answer or motion to dismiss and/or strike will be due **45 days** after the Plaintiffs file their amended

Stipulation and ~~Proposed~~ Order for Extension of Time – Case No. 1:22-cv-05725-RMI

complaint; Plaintiffs' response, should the Defendants file a motion to dismiss and/or strike, will be due **30 days** after the Defendants' filing; Defendants' reply will be due **10 days** after the Plaintiffs file their opposition.

WHEREAS, Civil L.R. 6-2(a) permits parties to submit a stipulation and proposed order to the court to extend the time for any deadline that would otherwise apply under the Federal Rules or the Local Rules, when supported by a declaration of counsel describing the circumstances creating the need for the extension;

WHEREAS, Civil L.R. 7-3(a) provides that an opposition to any motion which time is not otherwise specified under the Federal Rules, Local Rules, or prior order of the court be filed no later than 14 days after the motion has been filed;

WHEREAS, Federal Rule of Civil Procedure 15(a)(1)(B) and 15(a)(3) provide, respectively, that a pleading be amended within twenty-one (21) days of the filing of any responsive pleading and that a response to an amended pleading be made within fourteen (14) days;

WHEREAS, each of these dates would be earlier than the dates agreed upon by the Parties and therefore need to be extended by the Court; and

WHEREAS, Plaintiffs' counsel has contemporaneously filed a declaration describing unforeseen circumstances that have created the need for an extension to the time for Plaintiffs amend their complaint and the reasons for agreeing to the extension of time for the Defendants to file an answer or motion to dismiss;

WHEREAS, the Parties agree and stipulate to good cause to extend their respective times in accordance with these dates; and

WHEREAS, this agreed upon extension of time will not alter or affect any event or deadline already fixed by court order, with the exception of the January 10, 2023, hearing which the Parties would request be vacated;

NOW, THEREFORE, the Parties stipulate and agree to extend:

a. Plaintiffs' amended complaint will be due on or before **January 20, 2023;**

b. Defendants' answer or motion to dismiss will be due **45 days** after the Plaintiffs file

Stipulation and ~~Proposed~~ Order for Extension of Time – Case No. 1:22-cv-05725-RMI

their amended complaint;

c. Plaintiffs' response, should the Defendants file a motion to dismiss and/or strike, will be due **30 days** after the Defendants' filing;

d. Defendants' reply will be due **10 days** after the Plaintiffs file their opposition.

It is so stipulated.

DATED: December 16, 2022    **INSTITUTE FOR JUSTICE**

/s/*Jared McClain*
JARED MCCLAIN
JOSHUA HOUSE
ROBERT JOHNSON
*Attorneys for Plaintiffs*
CORRINE MORGAN THOMAS, DOUG THOMAS, BLUE GRAHAM AND RHONDA OLSON

DATED: December 16, 2022    **PILLSBURY WINTHROP SHAW PITTMAN, LLP**

/s/*Thomas V. Loran, III*
THOMAS V. LORAN, III
DEREK M. MAYOR
*Attorneys for Plaintiffs*
CORRINE MORGAN THOMAS, DOUG THOMAS, BLUE GRAHAM AND RHONDA OLSON

DATED: December 16, 2022    **COLANTUONO, HIGHSMITH & WHATLEY, PC**

/s/*John A. Abaci*
MICHAEL G. COLANTUONO
PAMELA K. GRAHAM
JOHN A. ABACI
*Attorneys for Defendants*
COUNTY OF HUMBOLDT, et al.

Stipulation and ~~Proposed~~ Order for Extension of Time – Case No. 1:22-cv-05725-RMI

# [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED:

a. Plaintiffs' amended complaint will be due on or before **January 20, 2023;**

b. Defendants' answer or motion to dismiss and/or strike will be due **45 days** after the Plaintiffs file their amended complaint;

c. Plaintiffs' response, should the Defendants file a motion to dismiss and/or strike, will be due **30 days** after the Defendants' filing;

d. Defendants' reply will be due **10 days** after Plaintiffs file their opposition.

DATED: December 19, 2022

ROBERT M. ILLMAN

UNITED STATES MAGISTRATE JUDGE