PAMELA K. GRAHAM, State Bar No. 216309
PGraham@chwlaw.us
JOHN A. ABACI, State Bar No. 166493
JAbaci@chwlaw.us
VERNETRA L. GAVIN, State Bar No. 343574
VGavin@chwlaw.us
**COLANTUONO, HIGHSMITH & WHATLEY, PC**
670 West Napa Street, Ste. F
Sonoma, CA 95476-6483
Telephone: (707) 986-8091
Facsimile: (707) 509-7295

Attorneys for Defendants
**COUNTY OF HUMBOLDT, HUMBOLDT COUNTY BOARD OF SUPERVISORS, HUMBOLDT COUNTY PLANNING AND BUILDING DEPARTMENT, VIRGINIA BASS, MIKE WILSON, REX BOHN, MICHELLE BUSHNELL, AND JOHN H. FORD**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### EUREKA DIVISION

| | |
|---|---|
| CORRINE MORGAN THOMAS and DOUG THOMAS, a married couple; BLU GRAHAM; RHONDA OLSON, and CYRO GLAD on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF HUMBOLDT, CALIFORNIA; HUMBOLDT COUNTY BOARD OF SUPERVISORS; HUMBOLDT COUNTY PLANNING AND BUILDING DEPARTMENT; STEVE MADRONE, REX BOHN, MIKE WILSON, MICHELLE BUSHNELL, and NATALIE ARROYO, in their official capacity as Supervisors of Humboldt County; and JOHN H. FORD in his official capacity as Planning and Building Director,<br><br>Defendants. | Case No.: 1:22-cv-05725-RMI<br><br>Assigned to the Magistrate Judge Robert M. Illman<br><br>**DECLARATION OF PAMELA K. GRAHAM IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**<br><br>[Motion to Dismiss Plaintiffs' First Amended Complaint; [Proposed] Order ISO Motion to Dismiss; Request for Judicial Notice; [Proposed] Order ISO Request for Judicial Notice, filed concurrently herewith]<br><br>Date:     Tuesday, April 18, 2023<br>Time:    11:00 a.m.<br>Ctrm:    Eureka Courthouse<br><br>Trial Date:     None Set |

## DECLARATION OF PAMELA K. GRAHAM

I, Pamela K. Graham, declare as follows:

1. The information in this declaration is true of my own personal knowledge unless stated upon information and belief, and as to any such statements, I believe them to be true. If called upon as a witness, I would testify competently to the facts stated herein.

2. I am Senior Counsel at the firm of Colantuono, Highsmith & Whatley, PC, counsel of record for the Defendants in this action.

3. Attached as **Exhibit E** to the Request for Judicial Notice filed in support of Defendants' Motion to Dismiss the Complaint ("Motion") is a true and correct copy of Humboldt County Code Section 331-28 which my firm accessed online at the following County website address: https://humboldt.county.codes/Code/331-28 .

4. Attached as **Exhibit F** to the Request for Judicial Notice filed in support of the Motion is a true and correct copy of Humboldt County Code Section 314-55 which my firm accessed online at the following County website address: https://humboldt.county.codes/Code/314-55 .

5. Attached as **Exhibit X** to the Request for Judicial Notice filed in support of the Motion is a true and correct copy of Humboldt County Code Section 331-14 which members of my firm accessed online at the following County website address: https://humboldt.county.codes/Code/331-14 .

6. Attached as **Exhibit Y** to the Request for Judicial Notice filed in support of the Motion is a true and correct copy of Humboldt County Code Section 521-10 which my firm accessed online at the following County website address: https://humboldt.county.codes/Code/521-10 .

7. Attached as **Exhibit NN** to the Request for Judicial Notice filed in support of the Motion is a true and correct copy of Humboldt County Code Section 352 which members of my firm accessed online at the following County website address: https://humboldt.county.codes/Code/352 .

8. Attached as **Exhibit UU** to the Request for Judicial Notice filed in support of the Motion is a true and correct copy of Humboldt County Code Section 314-61.1 which members of my firm accessed online at the following County website address: https://humboldt.county.codes/Code/314-61

9. Attached as **Exhibit K** to the Request for Judicial Notice filed in support of the Motion is a true and correct copy of the Board of Supervisors agenda materials authorizing the County Policy DPS No. 22-04 program on March 22, 2022, which my firm accessed online through the County Board of Supervisor meetings webpage at the following County website address: https://humboldt.legistar.com/View.ashx?M=F&ID=10663624&GUID=0A0475EF-6151-4E23-8D61-3FB0B0B8DA38 and the action taken on this item is accessible at https://humboldt.legistar.com/View.ashx?M=M&ID=906418&GUID=966D220E-00F6-47E3-9342-82FA714CBB53 .

10. Attached as **Exhibit OO** to the Request for Judicial Notice filed in support of the Motion is a true and correct copy of the Safe Home program which my firm accessed online through the County Documents Portal at the following County website address: https://humboldt.legistar.com/View.ashx?M=M&ID=906418&GUID=966D220E-00F6-47E3-9342-82FA714CBB53 .

11. Attached as **Exhibits B, PP, QQ and RR** to the Request for Judicial Notice filed in support of the Motion are true and correct copies of public property records which were obtained by County staff in conjunction with the administrative investigation and proceedings that are the subject of this action.

12. Attached as **Exhibits C, D, L, M, N, S, Z, BB, CC, FF, JJ and TT** to the Request for Judicial Notice filed in support of the Motion are true and correct copies of official notices, including Notices of Violation, Notices to Abate, and Hearing Notices which were generated by the County during the course of the administrative proceedings regarding violations on properties that are the subject of this action and have been obtained from the County's records of those proceedings.

13. Attached as **Exhibits A, H, O, AA and SS** to the Request for Judicial Notice filed in support of the Motion are true and correct copies of investigative reports and evidence that were generated or obtained by the County during the course of the administrative investigation of the violations on properties that are the subject of this action and have been obtained from the County's records of those proceedings.

14. **Exhibits I, R, GG,** and **VV** attached to the Request for Judicial Notice filed in support of the Motion contain true and correct copies of forms received by the County from the Plaintiffs in this action requesting appeal hearings submitted by or on behalf of the Plaintiffs in this action for the Notices of Violation issued on the properties that are the subject of this action and have been obtained from the County's records of those proceedings.

15. Attached as **Exhibit W** to the Request for Judicial Notice filed in support of the Motion is a true and correct copy of a grading permit issued to Plaintiff Blu Graham which was issued to him by the County and was obtained by my firm from the public records of the County.

16. Attached as **Exhibit J** to the Request for Judicial Notice filed in support of the Motion is a true and correct copy of a Compliance Agreement that was entered into between Plaintiffs Thomases and the County in the administrative proceedings that are the subject of this action and was obtained by my firm from the County's records of those proceedings.

17. Attached as **Exhibit G** to the Request for Judicial Notice filed in support of the Motion is a true and correct copy of a consent signed by the Plaintiffs Thomases to the County to inspect their property during the administrative proceedings that are the subject of this action and was obtained by my firm from the County's records of these proceedings.

18. Attached as **Exhibits U** and **V** to the Request for Judicial Notice filed in support of the Motion are true and correct copies of communications between the Plaintiff Graham and the County containing the terms for the settlement that was reached regarding the administrative proceedings that are the subject of this action and was obtained by my firm from the County's records of these proceedings.

19. Attached as **Exhibits P, Q, R,** and **T** to the Request for Judicial Notice filed in support of the Motion are true and correct copies of correspondence between the Plaintiff Graham or those acting on his behalf and the County during the administrative proceedings that are the subject of this action which were obtained from the County's records of this administrative proceeding.

20. Attached as Exhibits **DD, EE, HH**, and **II** are all true and correct copies of correspondence between Plaintiff Olson or consultants on her behalf during the administrative

proceeding that is the subject of this action which were obtained from County's records of this administrative proceeding.

21. Attached as Exhibit **WW** is a true and correct copy of correspondence sent to Plaintiff Glad by the County during the administrative proceeding that is the subject of this action which were obtained from County's records of this administrative proceeding.

22. Attached as **Exhibit KK** is a true and correct copy of an evaluation made by County staff of a remediation plan submitted by Plaintiff Olson during the administrative proceeding that is the subject of this action which was obtained from County's records of this administrative proceeding.

23. Attached as **Exhibit LL** is a true and correct copy of a ruling of the Superior Court in the action of *White Circle Commerce, LLC v. County of Humboldt*, Humboldt County Superior Court Case No. CV2000623 (consolidated with CV 2000513), which is available in the Humboldt County Superior Court records in that action.

24. Attached as **Exhibit MM** is a true and correct copy of correspondence between Plaintiffs Thomases' attorney and the County which has been redacted to remove the names of other clients' cases discussed within the correspondence during the administrative proceeding that is the subject of this action which was obtained from the County's records of this administrative proceeding.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on this 3rd day of March 2023, at Valencia, California.

_____
PAMELA K. GRAHAM