UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| CORRINE MORGAN THOMAS, et al., | Case No. 22-cv-05725-RMI |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| COUNTY OF HUMBOLDT, CALIFORNIA, et al., | |
| Defendants. | |

On May 12, 2023, the court entered an order on the Defendants' Motion to Dismiss. Pursuant to Federal Rule of Civil Procedure 58, the court hereby **ENTERS** judgment in accordance with that order. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: May 12, 2023

ROBERT M. ILLMAN
United States Magistrate Judge