**INSTITUTE FOR JUSTICE**

| Jared McClain* | Robert Johnson* |
| --- | --- |
| (DC Bar No. 1720062) | (OH Bar No. 0098498) |
| Joshua House | 16781 Chagrin Blvd., |
| (CA Bar No. 284856) | Suite 256 |
| 901 N. Glebe Rd, | Shaker Heights, OH 44120 |
| Suite 900 | T: (703) 682-9320 |
| Arlington, VA 22203 | rjohnson@ij.org |
| T: (703) 682-9320 | |
| jmcclain@ij.org | *Admitted *pro hac vice* |
| jhouse@ij.org | |

**PILLSBURY WINTHROP SHAW PITTMAN LLP**
Thomas V. Loran III (CA Bar No. 95255)
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111
T: (415) 983-1865
thomas.loran@pillsburylaw.com

Derek M. Mayor (CA Bar No. 307171)
500 Capitol Mall, Suite 1800
Sacramento, CA 95814
T: (916) 329-4703
derek.mayor@pillsburylaw.com

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### EUREKA DIVISION

| | |
| --- | --- |
| CORRINE MORGAN THOMAS and DOUG THOMAS, a married couple; BLU GRAHAM; RHONDA OLSON; and CYRO GLAD, on behalf of themselves and all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> COUNTY OF HUMBOLDT, CALIFORNIA; HUMBOLDT COUNTY BOARD OF SUPERVISORS; HUMBOLDT COUNTY PLANNING AND BUILDING DEPARTMENT; STEVE MADRONE, REX BOHN, MIKE WILSON, MICHELLE BUSHNELL, and NATALIE ARROYO, in their official capacity as Supervisors of Humboldt County; and JOHN H. FORD in his official capacity as Planning and Building Director, <br><br> *Defendants*. | Case No. 1:22-cv-5725-RMI <br><br> **PLAINTIFFS' NOTICE OF APPEAL** <br><br> Magistrate Judge Robert M. Illman |

All Plaintiffs in the above-captioned action (Corrine Morgan Thomas, Doug Thomas, Blu Graham, Rhonda Olson, and Cyro Glad) hereby appeal to the United States Court of Appeals for the Ninth Circuit from this Court's order (ECF 39) and judgment (ECF 40), signed and entered on May 12, 2023, granting Defendants' Motion to Dismiss (ECF 32).

Dated: June 7, 2023

/s/ Jared McClain
Jared McClain* (DC Bar No. 1720062)
Joshua House (CA Bar No. 284856)
**INSTITUTE FOR JUSTICE**
901 N. Glebe Road, Suite 900
Arlington, VA 22203
T: (703) 682-9320
F: (703) 682-9321
jhouse@ij.org
jmcclain@ij.org

Robert Johnson* (OH Bar No. 0098498)
**INSTITUTE FOR JUSTICE**
16781 Chagrin Blvd., Suite 256
Shaker Heights, OH 44120
T: (703) 682-9320
F: (703) 682-9321
rjohnson@ij.org

**PILLSBURY WINTHROP SHAW PITTMAN LLP**
Thomas V. Loran III (CA Bar No. 95255)
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111
T: (415) 983-1865
F: (415) 983-1200
thomas.loran@pillsburylaw.com

Derek M. Mayor (CA Bar No. 307171)
500 Capitol Mall, Suite 1800
Sacramento, CA 95814
T: (916) 329-4703
F: (916) 441-3583
derek.mayor@pillsburylaw.com

*Admitted *Pro Hac Vice*

*Counsel for Plaintiffs*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
### Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

| |
|---|
| Corrine Morgan Thomas and Doug Thomas, a married couple; Blu Graham; Rhonda Olson; and Cyro Glad, on behalf of themselves and all others similarly situated |

Name(s) of counsel (if any):

| |
|---|
| Jared McClain<br>Joshua House |

Address: 901 N. Glebe Rd., Suite 900, Arlington, VA 22203

Telephone number(s): (703) 682-9320

Email(s): jmcclain@ij.org; jhouse@ij.org

Is counsel registered for Electronic Filing in the 9th Circuit?    ⦿ Yes    ○ No

---

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

| |
|---|
| County of Humboldt, California; Humboldt County Board of Supervisors; Humboldt County Planning and Building Department; |

Name(s) of counsel (if any):

| |
|---|
| Michael G. Colantuono<br>Pamela K. Graham<br>John A. Abaci |

Address: 670 West Napa Street, Ste. F, Sonoma, CA 95476

Telephone number(s): (707) 996-9690

Email(s): MColantuono@chwlaw.us; PGraham@chwlaw.us; JAbaci@chwlaw.us

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                              1                                              *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Corrine Morgan Thomas and Doug Thomas, a married couple; Blu Graham; Rhonda Olson; and Cyro Glad, on behalf of themselves and all others similarly sit

Name(s) of counsel (if any):

Robert Johnson

Address: 16781 Chagrin Blvd., Suite 256, Shaker Heights, OH 44120

Telephone number(s): (703) 682-9320

Email(s): rjohnson@ij.org

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Steve Madrone, Rex Bohn, Mike Wilson, Michelle Bushnell, and Natalie Arroyo in their official capacities as Supervisors of Humboldt County

Name(s) of counsel (if any):

Same as above

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

John H. Ford, in his official capacity as Planning and Building Director

Name(s) of counsel (if any):

Same as above

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

# Attachment to Form 6. Representation Statement

Continued list of parties and counsel:

**Appellant(s)**

*Name(s) of party/parties:*
Corrine Morgan Thomas and Doug Thomas, a married couple; Blu Graham; Rhonda Olson; and Cyro Glad, on behalf of themselves and all others similarly situated

*Name of counsel:* Thomas V. Loran III

*Address:* Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111

*Telephone number:* (415) 983-1865

*Email:* thomas.loran@pillsburylaw.com

*Is counsel registered for Electronic Filing in the 9th Circuit?* Yes

**Appellant(s)**

*Name(s) of party/parties:*
Corrine Morgan Thomas and Doug Thomas, a married couple; Blu Graham; Rhonda Olson; and Cyro Glad, on behalf of themselves and all others similarly situated

*Name of counsel:* Derek M. Mayor

*Address:* 500 Capitol Mall, Suite 1800
Sacramento, CA 95814

*Telephone number:* (916) 329-4703

*Email:* derek.mayor@pillsburylaw.com

*Is counsel registered for Electronic Filing in the 9th Circuit?* Yes