**INSTITUTE FOR JUSTICE**
Jared McClain*  Robert Johnson*
(DC Bar No. 1720062)  (OH Bar No. 0098498)
Joshua House  16781 Chagrin Blvd.,
(CA Bar No. 284856)  Suite 256
901 N. Glebe Rd,  Shaker Heights, OH 44120
Suite 900  T: (703) 682-9320
Arlington, VA 22203  rjohnson@ij.org
T: (703) 682-9320
jmcclain@ij.org  *Admitted *pro hac vice*
jhouse@ij.org

**PILLSBURY WINTHROP SHAW PITTMAN LLP**
Thomas V. Loran III (CA Bar No. 95255)
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111
T: (415) 983-1865
thomas.loran@pillsburylaw.com

Derek M. Mayor (CA Bar No. 307171)
500 Capitol Mall, Suite 1800
Sacramento, CA 95814
T: (916) 329-4703
derek.mayor@pillsburylaw.com

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**EUREKA DIVISION**

| | |
|---|---|
| CORRINE MORGAN THOMAS and DOUG THOMAS, a married couple; BLU GRAHAM; RHONDA OLSON; and CYRO GLAD, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>COUNTY OF HUMBOLDT, CALIFORNIA; HUMBOLDT COUNTY BOARD OF SUPERVISORS; HUMBOLDT COUNTY PLANNING AND BUILDING DEPARTMENT; STEVE MADRONE, REX BOHN, MIKE WILSON, MICHELLE BUSHNELL, and NATALIE ARROYO, in their official capacity as Supervisors of Humboldt County; and JOHN H. FORD in his official capacity as Planning and Building Director,<br><br>*Defendants*. | Case No. 1:22-cv-5725-RMI<br><br>**PLAINTIFFS' TRANSCRIPT NOTICE**<br><br>Magistrate Judge Robert M. Illman |

Pursuant to Ninth Cir. R. 10-3.1(c), Plaintiffs file this notice stating there are no transcripts in the record, so no transcripts need to be ordered.

Dated: June 13, 2023

/s/ Jared McClain
Jared McClain* (DC Bar No. 1720062)
Joshua House (CA Bar No. 284856)
**INSTITUTE FOR JUSTICE**
901 N. Glebe Road, Suite 900
Arlington, VA 22203
T: (703) 682-9320
F: (703) 682-9321
jhouse@ij.org
jmcclain@ij.org

Robert Johnson* (OH Bar No. 0098498)
**INSTITUTE FOR JUSTICE**
16781 Chagrin Blvd., Suite 256
Shaker Heights, OH 44120
T: (703) 682-9320
F: (703) 682-9321
rjohnson@ij.org

**PILLSBURY WINTHROP SHAW PITTMAN LLP**
Thomas V. Loran III (CA Bar No. 95255)
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111
T: (415) 983-1865
F: (415) 983-1200
thomas.loran@pillsburylaw.com

Derek M. Mayor (CA Bar No. 307171)
500 Capitol Mall, Suite 1800
Sacramento, CA 95814
T: (916) 329-4703
F: (916) 441-3583
derek.mayor@pillsburylaw.com

*Admitted *Pro Hac Vice*

*Counsel for Plaintiffs*