UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 21 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CORRINE MORGAN THOMAS; et al.,<br><br>       Plaintiffs - Appellants,<br><br> v.<br><br>COUNTY OF HUMBOLDT, California; et al.,<br><br>       Defendants - Appellees,<br><br> and<br><br>VIRGINA BASS, Chair, Board of Supervisors,<br><br>       Defendant. | No. 23-15847<br><br>D.C. No. 1:22-cv-05725-RMI<br>U.S. District Court for Northern California, San Francisco<br><br>**MANDATE** |

The judgment of this Court, entered December 30, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the appellee in the amount of $401.42.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT