# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

January 30, 2025

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

**RECEIVED**
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FEB 10 2025

FILED_____
DOCKETED_____
             DATE        INITIAL

Re: Corrine Morgan Thomas, et al.
v. County of Humboldt, California, et al.
Application No. 24A747
(Your No. 23-15847)

Dear Clerk:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Kagan, who on January 30, 2025, extended the time to and including May 15, 2025.

This letter has been sent to those designated on the attached notification list.

Sincerely,

Scott S. Harris, Clerk

by /s/

Pipa Fisher
Case Analyst

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

NOTIFICATION LIST

Scott S. Harris
Clerk of the Court
(202) 479-3011

Mr. Jared Alan McClain
Institute for Justice
901 N. Glebe Road
Suite 900
Arlington, VA 22203


Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526