UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORRINE MORGAN THOMAS, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>COUNTY OF HUMBOLDT, CALIFORNIA, et al.,<br><br>　　　　Defendants. | Case No.  22-cv-05725-RMI<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR SETTLEMENT** |

　　　　Pursuant to Civil Local Rule 72-1, this matter is referred

　　　　☐　for random assignment to a United States Magistrate Judge

　　　　☒　to United States Magistrate Judge Joseph C. Spero

to conduct a settlement conference by January 8, 2026, or as soon thereafter as is convenient for the assigned Magistrate Judge.

　　　　The parties will be advised of the date, time and place of the next appearance by notice from the assigned Magistrate Judge.

　　　　**IT IS SO ORDERED.**

Dated: November 19, 2025

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　ROBERT M. ILLMAN
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

*Rev. 10-18*