# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# MAGISTRATE JUDGE JOSEPH C. SPERO

## ZOOM CIVIL MINUTES

**Case No.**: 22-cv-05725-RMI

**Case Name:** Thomas v. Humboldt County

**Date:** January 8, 2026          **Time:** 5 Hours

**Deputy Clerk:** Esther Chung          **Court Reporter:** Not Reported

**Attorney for Plaintiff:** Jared McClain, Robert Johnson, An Altik, Allisia Wild, Derek Mayors, Kaylee Sheldon
**Attorney for Defendant:** Pamela Graham, John Abaci, Adam Mentzer (Outside Counsel); Natalie Duke (County Counsel)
**Plaintiffs:** Rhonda Olson, Doug Thomas, Corinne Thomas, Blu Graham, Cyro Glad
**Defendant:** John Ford (Director), Amanda Phillips (Risk Manager)

## ZOOM PROCEEDINGS

(X)   Zoom Settlement Conference

     ( ) Case Settled          (X) Case Did Not Settle          ( ) Partial Settlement

( )   Further Zoom Settlement Conference

     ( ) Case Settled          ( ) Case Did Not Settle          ( ) Partial Settlement

( )   Zoom Scheduling Conference to set Settlement Conference

**Notes:** Settlement Conference held. Further Settlement Conference set for **February 26, 2026 by Zoom Meeting**.
Updated settlement conference statements are due by email to jcssettlement@cand.uscourts.gov by **February 19, 2026 at noon**.