UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| CORRINE MORGAN THOMAS, et al., | Case No.  22-cv-05725-RMI |
| Plaintiffs, | |
| v. | **ORDER GRANTING JOINT STIPULATION TO EXTEND PRETRIAL DEADLINES** |
| COUNTY OF HUMBOLDT, CALIFORNIA, et al., | Re: Dkt. No. 74 |
| Defendants. | |

Pursuant to the parties' joint motion to extend pretrial deadlines, and for good cause shown, the motion is **GRANTED**. All outstanding deadlines set in this court's July 10, 2025, Civil Case Management & Pretrial Order (dkt. 59) are hereby extended. The parties shall now adhere to the schedule requested in the stipulation, with the following modifications:

- Fact discovery cutoff: June 30, 2026
- Expert witness disclosures deadline: July 30, 2026
- Expert rebuttal deadline: August 30, 2026
- Expert discovery cutoff: September 28, 2026
- Deadline for filing dispositive motions: **January 8, 2027**
- Final Pretrial Conference: **April 13, 2027**
- Trial: May 24, 2027

**IT IS SO ORDERED.**

Dated: February 26, 2026

ROBERT M. ILLMAN
United States Magistrate Judge

United States District Court
Northern District of California