**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**EUREKA DIVISION**

| | |
|---|---|
| CORRINE MORGAN THOMAS, et al., | Case No. 1:22-cv-5725-RMI |
| *Plaintiffs*, | |
| v. | **JOINT MOTION TO STAY PRETRIAL DEADLINES AND ORDER** |
| COUNTY OF HUMBOLDT, CALIFORNIA, et al., | |
| *Defendants*. | Magistrate Judge Robert M. Illman |

Plaintiffs and Defendants, through their designated counsel, jointly seek to stay all case deadlines.  In support of this motion, they state as follows:

1.      On July 10, 2025, this Court entered a Civil Case Management & Pretrial Order setting a pretrial schedule that included a fact discovery cutoff of April 1, 2026.  (ECF 59.)

2.      The Parties exchanged initial disclosures and began fact discovery shortly thereafter. And, throughout the fall of 2025, the Parties began producing records and conducted their first deposition.  They also exchanged several deficiency letters, met and conferred several times regarding the scope of discovery, and planned additional depositions for the weeks of January 12, March 2 and March 9, 2026.

3.      While discovery was underway, on November 19, 2025, this Court entered an order referring this matter to Magistrate Judge Spero for settlement discussions. *See* ECF 68. The parties attended the Settlement Conference before Magistrate Judge Spero on January 8, 2026. Although the Settlement Conference did not result in an agreed upon resolution of this litigation, the Parties made substantial progress towards a potential settlement and agreed to exchange written draft settlements.

4.      Magistrate Judge Spero scheduled a second settlement conference for February 26, 2026 (ECF 72), at which the Parties would discuss any remaining issues following the exchange of written drafts and hopefully reach a complete agreement.

5. Given the progress made at the January 8 Settlement Conference, and the fact that depositions were scheduled for the following week, the Parties agreed to pause all fact discovery until at least the second conference on February 26.

6. The Parties worked diligently to advance this case to settlement and have made substantial progress. But the settlement is complex, and the Parties required (and still require) additional time to work through terms of a potential settlement.

7. On February 18, in response to a stipulation by the Parties requesting a three-week postponement, Magistrate Judge Spero agreed to postpone the second Settlement Conference and convert the planned February 26 conference to one for counsel only.

8. The Parties agreed to further postpone discovery pending settlement and filed a joint motion to extend pretrial deadlines on February 25. ECF 74. The motion was granted on February 26. ECF 77.

9. Further, on February 26, the Parties confirmed to Magistrate Judge Spero that they were making substantial progress towards settlement and scheduled a Second Settlement Conference on April 2 to discuss reimbursement of Plaintiffs' costs and attorneys' fees.

10. On April 2, the parties convened for the Second Settlement Conference and made further progress towards settlement. ECF 80.

11. The Parties are now working to iron out the final details of a complete settlement and to obtain final approval of the agreement. Magistrate Judge Spero set a final settlement conference on May 12 for counsel only.

12. Given the likelihood that this case settles and that the Parties do not need to resume discovery, the Parties jointly request that the Court stay all remaining deadlines set in the Court's Civil Case Management & Pretrial Order (ECF 59) pending successful settlement negotiations. The Parties shall update the Court when they've either reached a final agreement or an impasse.

United States District Court
Northern District of California

**INSTITUTE FOR JUSTICE**

DATED: April 14, 2026          /s/ Jared McClain

Jared McClain* (DC Bar No. 1720062)
Robert Johnson* (OH Bar No. 0098498)
An Altik* (DC Bar No. 90005723)
Michael Peña* (TX Bar No. 24131580)
901 N. Glebe Rd., Suite 900
Arlington, VA 22203
T: (703) 682-9320
jmcclain@ij.org

*Admitted pro hac vice
Attorneys for Plaintiffs

**PILLSBURY WINTHROP SHAW PITTMAN, LLP**

DATED: April 14, 2026           /s/ Derek M. Mayor

Derek M. Mayor (CA Bar No. 307171)
Kaylee Sheldon (CA Bar No. 24131580)
500 Capitol Mall, Suite 1800
Sacramento, CA 95814
T. (916) 329-4703
derek.mayor@pillsburylaw.com

Attorneys for Plaintiffs

**COLANTUONO, HIGHSMITH & WHATLEY, PC**

DATED: April 14, 2026          /s/ Pamela K. Graham

Michael G. Colantuono (CA Bar No. 143551)
Pamela K. Graham (CA Bar No. 216309)
John A. Abaci (CA Bar No. 166493)
670 West Napa Street, Suite F
Sonoma, CA 95476
T:  (213)542-5702
pgraham@chwlaw.us

Attorneys for Defendants

**[PROPOSED] ORDER**

PURSUANT TO THE PARTIES' JOINT MOTION, IT IS SO ORDERED:

All outstanding deadlines set in this Court's July 10, 2025, Civil Case Management & Pretrial Order (ECF 59) and subsequent February 26, 2026, Order Extending Pretrial Deadlines (ECF 77) are hereby stayed.  The parties shall file a joint status report within 45 days of this order.

DATED: April __16__ , 2026

_____
Robert M. Illman
United States Magistrate Judge