**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**EUREKA DIVISION**

| | |
|---|---|
| CORRINE MORGAN THOMAS, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>COUNTY OF HUMBOLDT, CALIFORNIA, et al.,<br><br>*Defendants*. | Case No. 1:22-cv-5725-RMI<br><br>**JOINT STATUS REPORT**<br><br>Magistrate Judge Robert M. Illman |

Plaintiffs and Defendants, through their designated counsel, jointly submit the following status report.

Pursuant to the settlement conferences held before Magistrate Judge Spero on January 8, February 26, April 2, and May 26 of 2026, the Parties have worked diligently to advance this case to settlement and have made substantial progress.

Due to the complexities of the settlement negotiations which involve amendments to Defendant's code, the Parties have not yet reached an agreement but are nearing a final resolution.

The Parties expect to have the written settlement agreement executed before the next settlement conference scheduled for July 9, 2026.

**INSTITUTE FOR JUSTICE**

DATED: June 1, 2026

/s/ Jared McClain
Jared McClain* (DC Bar No. 1720062)
Robert Johnson* (OH Bar No. 0098498)
An Altik* (DC Bar No. 90005723)
Michael Peña* (TX Bar No. 24131580)
901 N. Glebe Rd., Suite 900
Arlington, VA 22203
T: (703) 682-9320
jmcclain@ij.org

**Admitted pro hac vice*



United States District Court
Northern District of California

*Attorneys for Plaintiffs*

**PILLSBURY WINTHROP SHAW PITTMAN, LLP**

DATED: June 1, 2026

/s/ Derek M. Mayor
Derek M. Mayor (CA Bar No. 307171)
Kaylee Sheldon (CA Bar No. 24131580)
500 Capitol Mall, Suite 1800
Sacramento, CA 95814
T. (916) 329-4703
derek.mayor@pillsburylaw.com

*Attorneys for Plaintiffs*

**COLANTUONO, HIGHSMITH & WHATLEY, PC**

DATED: June 1, 2026

/s/ Pamela K. Graham
Michael G. Colantuono (CA Bar No. 143551)
Pamela K. Graham (CA Bar No. 216309)
John A. Abaci (CA Bar No. 166493)
670 West Napa Street, Suite F
Sonoma, CA 95476
T: (213)542-5702
pgraham@chwlaw.us

*Attorneys for Defendants*

United States District Court
Northern District of California