**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**MAGISTRATE JUDGE JOSEPH C. SPERO**

# ZOOM CIVIL MINUTES

**Case No.**: 22-cv-05725-RMI

**Case Name:** Thomas v. Humboldt County

**Date:** July 9, 2026 **Time:** 10 Minutes

**Deputy Clerk:** Esther Chung **Court Reporter:** Not Reported

**Attorney for Plaintiff:** Robert Johnson, An Altik, Michael Pena, Derek Mayor, Allisia Wild
**Attorney for Defendant:** Pamela Graham, John Abaci

## ZOOM PROCEEDINGS

( ) Zoom Settlement Conference

( ) Case Settled ( ) Case Did Not Settle ( ) Partial Settlement

( ) Further Zoom Settlement Conference

( ) Case Settled ( ) Case Did Not Settle ( ) Partial Settlement

(X ) Zoom Scheduling Conference

**Notes:** Scheduling Conference held. Further Scheduling Conference set for **10/14/2026 at 11:00 AM by Zoom Meeting**. Attorneys only.

Meeting ID: 161 664 4640; Passcode: 841312.