United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**EUREKA DIVISION**

| | |
|---|---|
| CORRINE MORGAN THOMAS, *et al.*<br>*Plaintiffs*,<br>v.<br>COUNTY OF HUMBOLDT, CALIFORNIA, *et al.*<br>*Defendants*. | Case No. 1:22-cv-5725-RMI<br>**~~[PROPOSED]~~ ORDER OF DISMISSAL**<br>Magistrate Judge Robert M. Illman |

In light of the Parties' Settlement Agreement, which is attached to and incorporated into this Order, the Court hereby **GRANTS** Plaintiffs' Unopposed Motion for Voluntary Dismissal and **DISMISSES** this Action with prejudice. The Court shall retain jurisdiction until August 19, 2029, to cover a period of three years from the Agreement's effective date. During that time, the Court will retain authority to enforce the terms of the parties' Agreement.

IT IS SO ORDERED.

Dated: September 23, 2026



By:______________________________
Robert M. Illman
United States Magistrate Judge