United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

CORRINE MORGAN THOMAS, et al.,

Plaintiffs,

v.

COUNTY OF HUMBOLDT, CALIFORNIA, et al.,

Defendants.

Case No. 22-cv-05725-RMI

**JUDGMENT**

On September 23, 2026, the court entered an order dismissing this case with prejudice. Pursuant to Federal Rule of Civil Procedure 58, the court hereby **ENTERS** judgment in accordance with that order. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: September 23, 2026

ROBERT M. ILLMAN
United States Magistrate Judge